**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Black Bottle Brewery, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2445586** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1611 S. College Ave.** <br> **Suite 1609** <br> **Fort Collins, CO 80525** <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Larimer** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Black Bottle Brewery, LLC**                                    Case number (*if known*) _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

| Debtor | **Black Bottle Brewery, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Black Bottle Brewery, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2020**
              MM / DD / YYYY

**X** **/s/ Sean Nook**                                    **Sean Nook**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Gregory S. Bell**                       Date **June 30, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**Gregory S. Bell**
Printed name

**Bell, Gould, Linder & Scott P.C.**
Firm name

**318 East Oak Street**
**Fort Collins, CO 80524**
Number, Street, City, State & ZIP Code

Contact phone   **970-493-8999**      Email address   **lfirnett@bell-law.com**

**9630 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2020**      **X /s/ Sean Nook**
Signature of individual signing on behalf of debtor

**Sean Nook**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Black Bottle Brewery, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alsco** **314 S 4th Street** **Laramie, WY 82070** | | **Rental services** | | | | **$2,920.86** |
| **American Express** **PO Box 981535** **El Paso, TX** **79998-1535** | | **Credit Card Purchases for business** | | | | **$3,434.69** |
| **American Express** **PO Box 981535** **El Paso, TX** **79998-1535** | | **Credit Card purchases for Business** | | | | **$40,416.00** |
| **American Express** **PO Box 981535** **El Paso, TX** **79998-1535** | | **Credit Card purchase for business** | | | | **$33,534.94** |
| **Bank of Colorado** **107 N. College** **Fort Collins, CO** **80524** | | **PPP small business loan and EIDL** | | | | **$130,000.00** |
| **Brewer Supply Group** **800 First Avenue West** **Shakopee, MN 55379** | | **supplies** | | | | **$25,447.35** |
| **Business Financial Services, Inc.** **dba BFS Capital** **3301 N. University Drive Suite 300** **Pompano Beach, FL 33065** | | **loan for operating capital** | | | | **$43,963.00** |
| **Chase** **PO Box 15298** **Wilmington, DE 19850-5123** | | **Credit Card purchases for business** | | | | **$41,873.50** |

| Debtor | Black Bottle Brewery, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase<br>PO Box 78038<br>Phoenix, AZ<br>85062-8039 | | Loan for operating capital | | | | $22,776.20 |
| Forward Financing LLC<br>100 Summer Street<br>Suite 1175<br>Boston, MA 02110 | | Loan for operating capital | | | | $20,722.00 |
| Fundbox<br>300 Montgomery St.<br>Suite #900<br>San Francisco, CA 94104 | | Loan for operating capital | | | | $17,803.24 |
| Great Western Bank<br>3711 JKF Pkwy Ste 100B<br>Fort Collins, CO 80525 | | SBA Loan - secured by Inventory, bank accounts and accounts receivable (blanket security interest) | | $846,685.34 | $260,906.66 | $585,778.68 |
| Kabbage Business Loan Account Inquires<br>PO Box 77081<br>Atlanta, GA 30357 | | Loan for operating capital | | | | $25,820.77 |
| Last Chance Funding Inc.<br>411 Hempstead Turnpike<br>1st Floor<br>Valley Stream, NY 11582 | | Loan for operating capital | | | | $41,249.11 |
| Lending Club<br>595 Market Street<br>Suite 200<br>San Francisco, CA 94105 | | Loan for operating capital | | | | $17,531.83 |
| Loanbuilder<br>3505 Silverside Rd.<br>Wilmington, DE 19810 | | Loan for operating capital | | | | $77,880.14 |
| Malteurop Malting Company North America<br>3830 West Grant Street<br>Milwaukee, WI 53215 | | supplies | | | | $18,832.62 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Black Bottle Brewery, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thryve Capital**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** | | **Loan for operating capital** | | | | **$57,402.00** |
| **Time Payment**<br>**1600 District Ave**<br>**Suite 200**<br>**Burlington, MA 01803-7555** | | **loan (2) for operating capital** | | | | **$2,956.68** |
| **Vend Lease**<br>**8100 Sandpiper Circle**<br>**Suite 300**<br>**Baltimore, MD 21236** | | **Lease of: 2 aseptic containers, 4 ECO Kegs** | | | | **$22,407.84** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name    **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................    $          0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................    $     291,577.06

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................    $     291,577.06

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     962,373.19

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $          0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$     648,905.37

4.   **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b    $     1,611,278.56

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Black Bottle Brewery, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Great Western Bank** | checking | | **$0.00** |
| 3.2. | **Bank of Colorado**<br>**Great Western Bank holds lien** | **Checking** | | **$11,841.45** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Money market Great Western $2.00**<br>**Cash clearing $81.00**<br>**Bill.com $100** | | **$183.00** |

| 5. | **Total of Part 1.** | | **$13,024.45** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**

| Debtor | **Black Bottle Brewery, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of deposit

| 7.1. | **Keg Deposits/ security Deposits** | $5,323.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                                                          **$5,323.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| 11a. 90 days old or less: | **7,648.45** | - | **0.00** | = .... | **$7,648.45** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                                                           **$7,648.45**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.      **Raw materials** | | | | |
| 20.      **Work in progress** | | | | |
| 21.      **Finished goods, including goods held for resale** | | | | |
| 22.      **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Black Bottle Brewery, LLC** | | Case number *(If known)* | | |
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Inventory  - Raw materials for brewing - $7167.08 - Finished Goods/Packaging Materials - $564.67 - Fermetors WIP - $3002.15 - Wood Barrel beer Liquid - $2648.48 (Physical wood Barrels included in assessment of assets ) - Cost of Beer ingredients - $3545.14 - Total wine and liquor - $2459.99 - Food - $1691.46 - Keg Inventory - $579.85 - Merchandise - $2740.34 Great Western Bank holds lien** | 03272020 | $0.00 | Appraisal | | $24,399.16 |

| 23. | **Total of Part 5.** | $24,399.16 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Black Bottle Brewery, LLC**                          Case number *(If known)* _____
_____
Name

| **Furniture, fixtures, equipment, transportation equipment, leasehold improvements** **Great Western Bank holds lien** | $207,950.00 | Liquidation | $207,950.00 |

---

42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

43. | **Total of Part 7.** | | | $207,950.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **2005 GMC Sierra** **177,749 miles** **Fair condititon** **Great Western Bank holds lien** | $4,700.00 | Comparable sale | $4,700.00 |
| 47.2. | **2012 Toyota Tundra** **97866 miles** **good condition** **Great Western Bank holds lien** | $15,400.00 | Comparable sale | $15,400.00 |

48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |

49. | **Aircraft and accessories** |

50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

51. | **Total of Part 8.** | | | $20,100.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Black Bottle Brewery, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Loan to shareholders** | $13,132.00 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $13,132.00 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Black Bottle Brewery, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,024.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,323.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,648.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,399.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $207,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,132.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $291,577.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $291,577.06 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 **Great Western Bank** | Describe debtor's property that is subject to a lien | $13,612.60 | $260,906.66 |
|---|---|---|---|

Creditor's Name

**Commercial loan for operating Capital secured by Inventory, bank accounts and accounts receivable (blanket security interest)**
**Cross collateralized**

**3711 JKF Pkwy Ste 100B**
**Fort Collins, CO 80525**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/39/16**

**Last 4 digits of account number**
**0454**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **Great Western Bank** | Describe debtor's property that is subject to a lien | $102,075.25 | $260,906.66 |
|---|---|---|---|

Creditor's Name

**commercial loan for operating capital secured by Inventory, bank accounts and accounts receivable (blanket security interest)**
**Cross collateralized**

**3711 JKF Pkwy Ste 100B**
**Fort Collins, CO 80525**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/30/16**

**Last 4 digits of account number**

Debtor   **Black Bottle Brewery, LLC**                                          Case number (if known) _____

Name

**4705**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Great Western Bank** | | **Describe debtor's property that is subject to a lien** | $846,685.34 | $260,906.66 |
|---|---|---|---|---|---|

Creditor's Name

**SBA Loan - secured by Inventory, bank
accounts and accounts receivable (blanket
security interest)**

**3711 JKF Pkwy Ste 100B
Fort Collins, CO 80525**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known     ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**      ■ No
**9/30/16**               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4691**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $962,373.19 |
|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,920.86 |
|---|---|---|---|
| | **Alsco** | ☐ Contingent | |
| | **314 S 4th Street** | ☐ Unliquidated | |
| | **Laramie, WY 82070** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/1/19** | Basis for the claim:  **Rental services** | |
| | Last 4 digits of account number  **8100** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,534.94 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **PO Box 981535** | ☐ Unliquidated | |
| | **El Paso, TX 79998-1535** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Credit Card purchase for business** | |
| | Last 4 digits of account number  **4008** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,434.69 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **PO Box 981535** | ☐ Unliquidated | |
| | **El Paso, TX 79998-1535** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Credit Card Purchases for business** | |
| | Last 4 digits of account number  **1009** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,416.00 |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **PO Box 981535** | ☐ Unliquidated | |
| | **El Paso, TX 79998-1535** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Credit Card purchases for Business** | |
| | Last 4 digits of account number  **1004** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Black Bottle Brewery, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Bank of Colorado**
**107 N. College**
**Fort Collins, CO 80524**

Date(s) debt was incurred  **April 2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP small business loan and EIDL**

Is the claim subject to offset? ☒ No  ☐ Yes

**$130,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Brewer Supply Group**
**800 First Avenue West**
**Shakopee, MN 55379**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

**$25,447.35**

---

**3.7** | Nonpriority creditor's name and mailing address

**Business Financial Services, Inc.**
**dba BFS Capital**
**3301 N. University Drive Suite 300**
**Pompano Beach, FL 33065**

Date(s) debt was incurred  **3/4/19**

Last 4 digits of account number  **4801**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan for operating capital**

Is the claim subject to offset? ☒ No  ☐ Yes

**$43,963.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Chase**
**PO Box 78038**
**Phoenix, AZ 85062-8039**

Date(s) debt was incurred  **12/13/16**

Last 4 digits of account number  **6324**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan for operating capital**

Is the claim subject to offset? ☒ No  ☐ Yes

**$22,776.20**

---

**3.9** | Nonpriority creditor's name and mailing address

**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5123**

Date(s) debt was incurred __

Last 4 digits of account number  **7324**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card purchases for business**

Is the claim subject to offset? ☒ No  ☐ Yes

**$41,873.50**

---

**3.10** | Nonpriority creditor's name and mailing address

**Forward Financing LLC**
**100 Summer Street**
**Suite 1175**
**Boston, MA 02110**

Date(s) debt was incurred  **6/27/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan for operating capital**

Is the claim subject to offset? ☒ No  ☐ Yes

**$20,722.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Fundbox**
**300 Montgomery St.**
**Suite #900**
**San Francisco, CA 94104**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan for operating capital**

Is the claim subject to offset? ☒ No  ☐ Yes

**$17,803.24**

---

| Debtor | **Black Bottle Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,932.60 |
|---|---|---|---|
| | **Grandstand Glassware & Apparel**<br>**c/o Aaron Bryant Stewart & Cross Inc.**<br>**3189 Princeton Rd. #217**<br>**Hamilton, OH 45011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __business produce__ | |
| | Last 4 digits of account number __9809__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,820.77 |
|---|---|---|---|
| | **Kabbage Business Loan Account Inquires**<br>**PO Box 77081**<br>**Atlanta, GA 30357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/7/19__ | **Basis for the claim:** __Loan for operating capital__ | |
| | Last 4 digits of account number __8903__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,249.11 |
|---|---|---|---|
| | **Last Chance Funding Inc.**<br>**411 Hempstead Turnpike**<br>**1st Floor**<br>**Valley Stream, NY 11582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/29/2019__ | **Basis for the claim:** __Loan for operating capital__ | |
| | Last 4 digits of account number __5219__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,531.83 |
|---|---|---|---|
| | **Lending Club**<br>**595 Market Street Suite 200**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __4/6/18__ | **Basis for the claim:** __Loan for operating capital__ | |
| | Last 4 digits of account number __1273__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,880.14 |
|---|---|---|---|
| | **Loanbuilder**<br>**3505 Silverside Rd.**<br>**Wilmington, DE 19810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __7/10/19__ | **Basis for the claim:** __Loan for operating capital__ | |
| | Last 4 digits of account number __9512__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,832.62 |
|---|---|---|---|
| | **Malteurop Malting Company North America**<br>**3830 West Grant Street**<br>**Milwaukee, WI 53215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,402.00 |
|---|---|---|---|
| | **Thryve Capital**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __8/29/19__ | **Basis for the claim:** __Loan for operating capital__ | |
| | Last 4 digits of account number __2415__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Black Bottle Brewery, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,956.68 |
|---|---|---|---|

**Time Payment**
**1600 District Ave**
**Suite 200**
**Burlington, MA 01803-7555**

Date(s) debt was incurred  6/22/18

Last 4 digits of account number  6223

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan (2)**
**for operating capital**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,407.84 |
|---|---|---|---|

**Vend Lease**
**8100 Sandpiper Circle**
**Suite 300**
**Baltimore, MD 21236**

Date(s) debt was incurred  6/22/18

Last 4 digits of account number  3001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of: 2 aseptic containers, 4  ECO Kegs**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2400 Veterans Memorial Blvd Ste 300**<br>**Kenner, LA 70062** | Line  3.17<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chase**<br>**PO Box 6026**<br>**Chicago, IL 60680-6026** | Line  3.9<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Rausch Sturm**<br>**250 N Summyslope Rd. Suite 300**<br>**Brookfield, WI 53005** | Line  3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Rausch Sturm**<br>**PO Box 4198**<br>**Englewood, CO 80155** | Line  3.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **The Feldman Law Firm PC**<br>**411 Hempstead Tpke.,**<br>**West Hempstead, NY 11552** | Line  3.14<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 648,905.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 648,905.37 |

---

| Fill in this information to identify the case: |
|---|

Debtor name   **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **2 aseptic containers, 4 ECO Kegs** | |
| State the term remaining | **36 months** | **Vend Lease** |
| List the contract number of any government contract | | **8100 Sandpiper Circle** |
| | | **Suite 300** |
| | | **Nottingham, MD 21236** |

**Fill in this information to identify the case:**

Debtor name    **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Sean & Erin Nook** | **6290 Richland Ave. Timnath, CO 80547** | **Great Western Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Sean & Erin Nook** | **6290 Richland Ave. Timnath, CO 80547** | **Great Western Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Sean Nook** | **6290 Richland Ave. Timnath, CO 80547** | **Alsco** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.4 | **Sean Nook** | **6290 Richland Ave. Timnath, CO 80547** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.5 | **Sean Nook** | **6290 Richland Ave. Timnath, CO 80547** | **American Express** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Black Bottle Brewery, LLC**

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | American Express | ☐ D _____<br>■ E/F **3.4**<br>☐ G _____ |
| 2.7 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Brewer Supply Group | ☐ D _____<br>■ E/F **3.6**<br>☐ G _____ |
| 2.8 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Business Financial<br>Services, Inc. | ☐ D _____<br>■ E/F **3.7**<br>☐ G _____ |
| 2.9 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Chase | ☐ D _____<br>■ E/F **3.8**<br>☐ G _____ |
| 2.10 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Chase | ☐ D _____<br>■ E/F **3.9**<br>☐ G _____ |
| 2.11 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Forward Financing<br>LLC | ☐ D _____<br>■ E/F **3.10**<br>☐ G _____ |
| 2.12 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Fundbox | ☐ D _____<br>■ E/F **3.11**<br>☐ G _____ |
| 2.13 | Sean Nook<br>6290 Richland Ave.<br>Timnath, CO 80547 | Grandstand<br>Glassware & Apparel | ☐ D _____<br>■ E/F **3.12**<br>☐ G _____ |

| Debtor | **Black Bottle Brewery, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.14 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Kabbage Business Loan Account Inquires | ☐ D _____ ■ E/F __3.13__ ☐ G _____ | |
| 2.15 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Last Chance Funding Inc. | ☐ D _____ ■ E/F __3.14__ ☐ G _____ | |
| 2.16 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Lending Club | ☐ D _____ ■ E/F __3.15__ ☐ G _____ | |
| 2.17 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Loanbuilder | ☐ D _____ ■ E/F __3.16__ ☐ G _____ | |
| 2.18 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Malteurop Malting Company North America | ☐ D _____ ■ E/F __3.17__ ☐ G _____ | |
| 2.19 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Thryve Capital | ☐ D _____ ■ E/F __3.18__ ☐ G _____ | |
| 2.20 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Time Payment | ☐ D _____ ■ E/F __3.19__ ☐ G _____ | |
| 2.21 | Sean Nook | 6290 Richland Ave. Timnath, CO 80547 | Vend Lease | ☐ D _____ ■ E/F __3.20__ ☐ G _____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Black Bottle Brewery, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $375,161.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $1,272,140.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **PPP Loan** | $120,000.00 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **EIDL** | $10,000.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor     **Black Bottle Brewery, LLC**                                          Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Sean Nook**<br><br>**President** | **May 2019-April 2020** | **$46,692.41** | **expense payments/reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Great Western Bank vs.**<br>**Black Bottle, Brewery, LLC, Sean Nook, and Erin Nook**<br>**2020CV30139** | **Lawsuit** | **Larimer County District Court**<br>**201 LaPorte Ave.**<br>**ste 100**<br>**Fort Collins, CO 80521** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Last Chance Funding Inc.  vs.**<br>**Black Bottle Brewery LLC dba Black bottle Brewery and Sean Nook**<br>**601505/2020** | **law suit** | **Supreme Court of the State of New York**<br>**New York, NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | Black Bottle Brewery, LLC | Case number *(if known)* |
|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bell, Gould Linder & Scott PC<br>318 E. Oak Street<br>Fort Collins, CO 80524 | $10,000 from Ben Blonder $5,555.50 from Debtor | 6/11/2020 | $15,555.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Ben Blonder | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

| Debtor | Black Bottle Brewery, LLC | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Great Western Bank 3711 JKF Pkwy Ste 100B Fort Collins, CO 80525 | XXXX-5495 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 12/1/19 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Black Bottle Brewery, LLC** | Case number *(if known)* |
| --- | --- | --- |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor      **Black Bottle Brewery, LLC**                                                         Case number *(if known)*

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Unify CPAs, PC**<br>**185 N. College Ave.**<br>**Fort Collins, CO 80524** | **2018-2020** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Unify CPAs PC**<br>**185 N. College Ave.**<br>**Fort Collins, CO 80524** | **2018-2020** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sean Nook**<br>**6290 Richland Ave.**<br>**Timnath, CO 80547** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
    statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.   **Great Western Bank**<br>**3711 JKF Pkwy Ste 100B**<br>**Fort Collins, CO 80525** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
    in control of the debtor at the time of the filing of this case.**

| Debtor | Black Bottle Brewery, LLC | Case number *(if known)* | |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

□ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Sean Nook**<br>**6290 Richland Ave.**<br>**Timnath, CO 80547** | **Payroll $85,016.58** | **July 2019 through June 2020** | **Insider payments** |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.2. | **Erin Nook**<br>**6290 Richland Ave.**<br>**Timnath, CO 80547** | **Payroll $53,362.56** | **July 2019 through June 2020** | **Insider payments** |
| | **Relationship to debtor**<br>**spouse of manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor      **Black Bottle Brewery, LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 30, 2020**

**/s/ Sean Nook**                                            **Sean Nook**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Black Bottle Brewery, LLC**                                      Case No.
                                    Debtor(s)                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ben Blonder**<br>**27298 Moonlight Way**<br>**Steamboat Springs, CO 80487** | | | **10% Membership interest** |
| **Sean Nook**<br>**6290 Richland Ave.**<br>**Timnath, CO 80547** | | | **90% Membership/manager** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 30, 2020**                              Signature   **/s/ Sean Nook**
                                                                   **Sean Nook**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re   **Black Bottle Brewery, LLC**                                   Case No.
                                              Debtor(s)         Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 30, 2020**                    **/s/ Sean Nook**
                                             **Sean Nook/Manager**
                                             Signer/Title