# Black Bottle Brewery

### STATEMENT OF CASH FLOWS
January - May, 2020

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -120,875.96 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| 1110 Accounts Receivable (A/R) | 7,750.94 |
| 1020 Petty cash | 552.00 |
| 1030 Cash clearing | 0.00 |
| 1111 Credit Card Receivable | 1,531.65 |
| 1201 Inventory - Food | 1,144.50 |
| 1202 Inventory - Draft Beer | 165.20 |
| 1204 Inventory - Liquor | 851.62 |
| 1205 Inventory - Retail | 3,374.31 |
| 1670 Loans and exchanges | 0.00 |
| 1680 Loans to shareholders | -11,965.81 |
| Inventory Asset:Finished Goods | -10,788.58 |
| Inventory Asset:Ingredients | -2,598.51 |
| Inventory Asset:Packaging Items | -2,035.12 |
| Inventory Asset:Work In Progress | -134.71 |
| 2050 Accounts Payable (A/P) | -3,266.75 |
| 2038 American Express X62002 | 786.80 |
| 2052 Gift certificates outstanding | 3,280.62 |
| 2056 PPP Loan | 120,000.00 |
| 2104 Payroll taxes payable | 6,728.84 |
| 2105 Sales tax payable | -1,374.51 |
| 2109 Payroll clearing | 0.00 |
| 2424 Great Western Bank Commercial 365/360 | -50.20 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **113,952.29** |
| **Net cash provided by operating activities** | **$ -6,923.67** |
| **INVESTING ACTIVITIES** |  |
| 1570 Accumulated depreciation | 20,335.78 |
| 1580 Accumulated amortization | 4,870.87 |
| **Net cash provided by investing activities** | **$25,206.65** |
| **FINANCING ACTIVITIES** |  |
| 2425 Great Western Loan X0454 | -520.22 |
| 2433 Thryve Financial | -1,489.84 |
| 2434 LFC Group Loan | -1,500.00 |
| **Net cash provided by financing activities** | **$ -3,510.06** |
| **NET CASH INCREASE FOR PERIOD** | **$14,772.92** |
| Cash at beginning of period | 17,058.47 |
| **CASH AT END OF PERIOD** | **$31,831.39** |