| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Black Bottle Brewery, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 20-14472 KHT |

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ **299,171.06**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $ **299,171.06**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ **985,149.39**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **1,284,142.33**

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b $ **2,269,291.72**